### Ezra WILLIAMS v. STATE.
### No. 15382.

Court of Criminal Appeals of Texas.
Nov. 16, 1932.

See, also, 54 S.W.(2d) 114.

Benson & Benson and Donald & Donald, all of Bowie, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

HAWKINS. J.

Conviction is for possessing intoxicating liquor for the purpose of sale; punishment being one year in the penitentiary.

Appellant has filed in this court his affidavit advising the court that he does not further desire to prosecute his appeal, and requests an immediate dismissal thereof in order that his sentence may become operative.

In compliance with such request, an order of dismissal is entered.